Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Jacksonville Division

| | |
|---|---|
| Terrance Turner | ) Case No. 3:25-cv-1250-WWB-MCR |
| | ) *(to be filled in by the Clerk's Office)* |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| "Total Solution Biologics" | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrance Turner |
| Street Address | 890 Flintwood Road |
| City and County | Fayetteville and Cumberland |
| State and Zip Code | North Carolina, 28314 |
| Telephone Number | (240) 485-9483 |
| E-mail Address | marketconsultant2025@outlook.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

12589973.1.18:47

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

"Total Solutions Biologics"
8297 Champions Gate Blvd, Champions Gate, FL 33896
compliance@totalsolutionbiologics.com, michael@totalsolutionbiologics.com,
kyle@totalsolutionbiologics.com
(877) 747-2387

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Federal Trade Commission
600 Pennsylvania Avenue NW, Washington, DC 20580

Food and Drug Administration
10903 New Hampshire Ave
Silver Spring, MD 20993
druginfo@fda.hhs.gov, DICE@fda.hhs.gov, ocod@fda.hhs.gov,
Industry.Biologics@fda.hhs.gov, OIIOmbudsman@fda.hhs.gov

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

USSOCOM
FBI
CIA
Secret Service
IRS, SEC, DHS, BATF, NSA

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Jurisdiction Common Law, Breach of Contract, U.S. Business Law, U.S. Contract Law, Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, Conspiracy Statutes, Negligence, Sherman Act Sec. 802 & Sec 808 H.R. 3162, H.R. 6166, 18 U.S.C. § 241, Federal Trade Commission Act, 18 U.S. Code § 245, 18 U.S. Code § 1365, 18 U.S. Code § 1951, 18 U.S. Code § 1030, 15 U.S.C. § 1693-o2 18 U.S. Code § 1032, 18 U.S. Code § 1037, 18 U.S. Code § 1038, 18 U.S. Code § 1349 Title 18, U.S.C., Section 242, Title 18, U.S.C., Section 245, Federal Fair Labor Standards Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Terrance Turner , is a citizen of the

   State of *(name)* North Carolina .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* Terrance Turner , is incorporated

   under the laws of the State of *(name)* Georgia ,

   and has its principal place of business in the State of *(name)*

   North Carolina .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* [ N ∧ A ] , is a citizen of

   the State of *(name)* [ N ∧ A ] . Or is a citizen of

   *(foreign nation)* [ N ∧ A ] .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* [ N ∧ A ]                              , is incorporated under

the laws of the State of *(name)*      [ N ∧ A ]                        , and has its

principal place of business in the State of *(name)*    [ N ∧ A ]                       .

Or is incorporated under the laws of *(foreign nation)*    [ N ∧ A ]                  ,

and has its principal place of business in *(name)*    [ N ∧ A ]                      .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$2,000,000 USD for cumulative damages split in proportion in ways effective of consequence for all of the defendants for future earnings lost, punitive damages as punishment for the corporations enacting civil rights violations, work in a scheme of insurance fraud and health care fraud, where they are forced to go door to door under duress to remain employed, where there are no resources to positively attain a sale

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendants have found themselves with an in, a hookup for a product of which they have a link to manufacturing. They don't understand the product. They don't understand the market that is truly available for the product. According to previous internet information, the company has millions of dollars of funding, or startup capital and it is looking to expand its reach. The two individuals running the company don't match the intelligence that created and constructed the webinar, the website, the product or what is required for the product to be successful. They are selling this product as if it is a need, a complete necessary need for society to enact multiple times per month, per medical facility or urgent care center, all across the country. It is not true.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief is sought to assist in impairing the company in functioning and compensate the plaintiff for a lack of career and financial future. The company promises a career that is long and fortuitous while actively having all kinds of people in the hiring pipeline. There are too many workers circling the same businesses because the market is too small. This causes sales attempts to fail because the company is generally pitching to the wrong customers. So thus to attain $80,000 a month, there must be multiple filings of insurance claims for the product per facility. It must be insurance fraud to attain this figure or beyond it, or something that is close to what is on the job description. Attempt to form conspiracy is a violation of Title 18 statute where they are guilty of the act

completing in its fruition and by that I am violated in my civil liberties and the integrity and sanctity of my person. This is a violation of law. There are not enough customers to sell to for skin graft therapy. There have not been enough in the 1970s before my birth and there have not been in the 1980s or the 1990s after my birth, and thus, doctors don't know of this therapy. Their staff doesn't know. Patients don't know unless they are specifically advised by a doctor. There is too much customer education required. The end user, patients are not requesting this product and they will be hesitant to use it. They need to be impressed upon to know that it exists. Damage and breach of contract have occurred. This operation was negotiating in bad faith.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        10/09/2025



Signature of Plaintiff

Printed Name of Plaintiff     Terrance Turner

### B. For Attorneys

Date of signing:        10/09/2025

Signature of Attorney

| Printed Name of Attorney | Terrance Turner |
|---|---|
| Bar Number | INTERPOL SEC BAR 431170989 |
| Name of Law Firm | ~ |
| Street Address | ~ |
| State and Zip Code | Fayetteville, North Carolina 28314 |
| Telephone Number | (240) 485-9483 |
| E-mail Address | marketconsultant2025@outlook.com |

Terrance Turner
FEDERAL BAR ASSOCIATION INTERPOL SEC 431170989
890 Flintwood Road
Fayetteville, North Carolina 28314
marketconsultant2025@outlook.com
(240) 485-9483

*Attorney for the Plaintiff and the Proposed Claim, and victims of the allegations & charges*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| TERRANCE TURNER,<br>*individually and on behalf of the Proposed Claim, and*<br>*victims of the allegations & charges* | **CIVIL COMPLAINT** |
| | **FEDERAL TRADE COMMISSION ACT**<br>**FEDERAL FAIR LABOR STANDARDS ACT**<br>**CONSUMER PRODUCT SAFETY ACT** |
| Plaintiff, | |
| v. | |
| "Total Solution Biologics" | **DEMAND FOR BENCH TRIAL** |
| Defendant, | |

## I.     JURISDICTION – SECTION ONE

1. **TITLE "28" U.S.C. § 1331, – THE FEDERAL QUESTION**
   The district courts shall have original jurisdiction *of all civil actions* arising under the constitution, *laws,* or treaties of the United States".

2. **TITLE "28" U.S.C. § 1332, – THE DIVERSITY QUESTION**
   The district courts shall have original jurisdiction of all civil actions where *the matter in controversy exceeds* the sum or value of $50,000, exclusive of interest and costs, and is between, (1) *citizens of different states*; (2) citizens of a state and citizens or subjects of a foreign state; (3) *citizens of different states* and in which citizens or subjects of a foreign state are additional parties; and (4) a foreign state, defined in section 1603(a) of this title, *as plaintiff and citizens of a state or of different states.*

~ 1 ~

## II.    JURISDICTION – SECTION TWO

1. <u>**TITLE "15" U.S.C. § 2061, – IMMINENT HAZARDS**</u>
   *<u>(B) RELIEF; PRODUCT CONDEMNATION AND SEIZURE</u>*
   (1) *<u>The district court in which such action is filed shall have jurisdiction</u>* to declare **such product** an **imminently hazardous consumer product**, and (in the case of an action under subsection (A)(2) of this section) to grant (as ancillary to such declaration or in lieu thereof) such **temporary** or **permanent relief** as may be **necessary to protect the public** from such **risk**. Such relief may include a mandatory order requiring the notification of such risk to purchasers of such product known to the defendant, public notice, the recall, the repair or the replacement of, or refund for, such product.
   (2) In the case of an action under subsection (A)(1) of this section, *<u>the consumer product may be proceeded against by process</u>* of libel for the seizure and condemnation of such product *<u>in any United States district court within the jurisdiction of which such consumer product is found.</u>* Proceedings and cases instituted under the authority of the preceding sentence shall conform as nearly as possible to proceedings in rem in admiralty.

   *<u>(D) JURISDICTION AND VENUE; PROCESS; SUBPOENA</u>*
   (1) An action under subsection (A)(2) of this section may be brought in the United States district court for the District of Columbia or in *any judicial district in which any of the defendants is found, is an inhabitant or transacts business*; and process in such an action may be served on a defendant in any other district in which such defendant resides or may be found. Subpoenas requiring attendance of witnesses in such an action may run into any other district. <u>**In determining the judicial district in which an action may be brought under**</u> this section in instances in which such <u>**action may be brought in more than one judicial district**</u>, the Commission shall take into account the convenience of the parties.
   (2) *<u>Whenever proceedings under this section involving substantially similar consumer products are pending in courts in two or more judicial districts, they shall be consolidated for trial by order of any such court upon application reasonably made by any party in interest, upon notice to all other parties in interest.</u>*

2. <u>**TITLE "15" U.S.C. § 2064, – SUBSTANTIAL PRODUCT HAZARDS**</u>
   *<u>(A) "SUBSTANTIAL PRODUCT HAZARD" DEFINED</u>*
   (2) a product defect which (because of the pattern of defect, the number of defective products distributed in commerce, the severity of the risk, or otherwise) creates a substantial risk of injury to the public.
   (B) Noncompliance with applicable consumer product safety rules; product defects; notice to Commission by manufacturer, distributor, or retailer (3) contains a defect which could create a substantial product hazard described in subsection (A)(2); or (4) creates an unreasonable risk of serious injury or death

~ 2 ~

## III.    JURISDICTION – SECTION THREE

1. **TITLE "15" U.S.C. § 25, – RESTRAINING VIOLATIONS; PROCEDURE**
   *The several district courts of the United States* are invested with *jurisdiction to prevent and restrain violations* of this Act, and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity to prevent and restrain such violations. Such proceedings may be by way of petition setting forth the case and praying that such violation shall be enjoined or otherwise prohibited. When the parties complained of shall have been duly notified of such petition, the court shall proceed, as soon as may be, to the hearing and determination of the case; and pending such petition, and before final decree, the court may at any time make such temporary restraining order or prohibition as shall be deemed just in the premises. ***Whenever it shall appear to the court before which any such proceeding may be pending that the ends of justice require that other parties should be brought before the court, the court may cause them to be summoned whether they reside in the district in which the court is held or not, and subpoenas to that end may be served in any district by the marshal thereof.***

2. **TITLE "15" U.S.C. § 22, – DISTRICT IN WHICH TO SUE CORPORATION**
   *Any suit*, action, or proceeding under the antitrust laws against a corporation *may be brought not only* in the judicial district whereof it is an inhabitant, but also *in any district* wherein it may be found or *transacts business*; and all process in such cases may be served *in the district* of which it is an inhabitant, or *wherever it may be found.*

3. **TITLE "15" U.S.C. § 4, – JURISDICTION OF COURTS; DUTY OF UNITED STATES ATTORNEYS**
   *The several district courts of the United States are invested with jurisdiction to prevent and restrain violations* of sections 1 to 7 of this title; and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity *to prevent and restrain such violations.*

4. **TITLE "15" U.S.C. § 27, – EFFECT OF PARTIAL INVALIDITY**
   If any clause, sentence, paragraph, or part of this Act shall, for any reason, be adjudged by any court of competent jurisdiction to be in-valid, such judgment shall not affect, impair, or invalidate the remainder thereof, but shall be confined in its operation to the clause, sentence, paragraph, or part thereof directly involved in the controversy in which such judgment shall have been rendered.

5. **TITLE "15" U.S.C. § 24, – LIABILITY OF DIRECTORS AND AGENTS OF CORPORATION**
   Whenever a corporation shall violate any of the penal provisions of the antitrust laws, such violation shall be deemed to be also that of the individual directors, officers, or agents of such corporation who shall have authorized, ordered, or done any of the acts constituting in whole or in part such violation, and such violation shall be deemed a misdemeanor, and upon conviction therefor of any such director, officer, or agent he shall be punished by a fine of not exceeding $5,000 or by imprisonment for not exceeding one year, or by both, in the discretion of the court.

~ 3 ~

# IV.    JURISDICTION – SECTION FOUR

1. **TITLE "15" U.S.C. § 5, – BRINGING IN ADDITIONAL PARTIES**
   *Whenever it shall appear to the court before which any proceeding* under section 4 of this title may be pending, that *the ends of justice require that other parties should be brought* before the court, *the court may cause them to be summoned, whether they reside in the district in which the court is held or not; and subpoenas to that end may be served in any district* by the marshal thereof.

2. **TITLE "15" U.S.C. § 15D, – MEASUREMENT OF DAMAGES**
   In any action under section 15c(a)(1) of this title, in which there has been a determination that a defendant agreed to fix prices in violation of sections 1 to 7 of this title, damages may be proved and assessed in the aggregate by statistical or sampling methods, by the computation of illegal overcharges, or by such other reasonable system of estimating aggregate damages as the court in its discretion may permit without the necessity of separately proving the individual claim of, or amount of damage to, persons on whose behalf the suit was brought.

3. **TITLE "15" U.S. C. § 45B, – CONSUMER REVIEW PROTECTION**
   (a) (2)Covered communication The term "covered communication" means a written, oral, or pictorial review, performance assessment of, or other similar analysis of, including by electronic means, the goods, services, or conduct of a person by an individual who is party to a form contract with respect to which such person is also a party. *(e)Enforcement by States (5)Venue; service of process (A)Venue Any action brought under paragraph (1) may be brought in— (i)the district court of the United States that meets applicable requirements* relating to venue under section 1391 of title 28; or (ii)*another court of competent jurisdiction.*

4. **TITLE "15" U.S.C. § 15, – SUITS BY PERSONS INJURED**
   (a)Amount of recovery; prejudgment interest Except as provided in subsection (b), *any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue therefor in any district court of the United States in the district in which the defendant resides or is found or has an agent, without respect to the amount in controversy*, and shall recover threefold the damages by him sustained, and the cost of suit, including a reasonable attorney's fee. The court may award under this section, pursuant to a motion by such person promptly made, simple interest on actual damages for the period beginning on the date of service of such person's pleading setting forth a claim under the antitrust laws and ending on the date of judgment, or for any shorter period therein, if the court finds that the award of such interest for such period is just in the circumstances. In determining whether an award of interest under this section for any period is just in the circumstances, the court shall consider only—

5. **TITLE "15" U.S.C. § 26, – INJUNCTIVE RELIEF FOR PRIVATE PARTIES; EXCEPTION; COSTS**
   *Any person, firm, corporation, or association shall be entitled to sue* for and have injunctive relief, *in any court of the United States having jurisdiction over the parties, against threatened loss or damage by a violation of the antitrust laws*, including sections 13, 14, 18, and 19 of this title, when

~ 4 ~

and under the same conditions and principles as injunctive relief against threatened conduct that will cause loss or damage is granted by courts of equity, under the rules governing such proceedings, and upon the execution of proper bond against damages for an injunction improvidently granted and a showing that the danger of irreparable loss or damage is immediate, a preliminary injunction may issue.

## V.    JURISDICTION – SECTION FIVE

1. **TITLE "15" U.S.C. CHAPTER 47 – CONSUMER PRODUCT SAFETY ACT § 2073, – ADDITIONAL ENFORCEMENT OF PRODUCT SAFETY RULES AND SECTION 2064 ORDERS**
(a)In general
***Any interested person*** (including ***any individual*** or nonprofit, business, or ***other entity***) **may bring an action in any United States district court** for the district in which the defendant is found or transacts business to enforce a consumer product safety rule or an order under section 2064 of this title, and to obtain appropriate injunctive relief.

2. **TITLE "15" U.S.C. CHAPTER 47 – CONSUMER PRODUCT SAFETY ACT § 2072, – SUITS FOR DAMAGES**
(a)Persons injured; costs; amount in controversy
Any person who shall sustain injury by reason of any knowing (including willful) violation of a consumer product safety rule, or any other rule or order issued by the Commission **may sue any person who knowingly (including willfully) violated any such rule or order in any district court of the United States in the district in which the defendant resides or is found or has an agent,**[…]

3. **TITLE "15" U.S. C. CHAPTER 47 – CONSUMER PRODUCT SAFETY ACT § 2071, – INJUNCTIVE ENFORCEMENT AND SEIZURE**
(a)Jurisdiction
**The United States district courts shall have jurisdiction** to take the following action:
(1)**Restrain any violation** of section 2068 of this title.
(2)**Restrain any person from manufacturing for sale, offering for sale, distributing in commerce, or importing into the United States a product in violation**[…]
(3)**Restrain any person from distributing in commerce a product which does not comply with a consumer product safety rule.**
**Such actions may be brought** [--------] **in any United States district court** for a district wherein any act, omission, or transaction constituting the violation occurred, **or in such court for the district wherein the defendant is found or transacts business. *In any action under this section process may be served on a defendant in any other district in which the defendant resides or may be found.***

~ 5 ~

4. **TITLE "29" U.S.C. CHAPTER 20 SUBCHAPTER V PART A § 1856 – WAIVER OF RIGHTS**
*Agreements by employees purporting to waive or to modify their rights under this chapter shall be void as contrary to public policy, except that a waiver or modification of rights in favor of the Secretary shall be valid for purposes of enforcement of this chapter.*

5. **TITLE "15" U.S.C. CHAPTER 62 § 3614 – WAIVER OF RIGHTS AS VOID**
*Any condition, stipulation, or provision binding any person to waive compliance with any provisions of this chapter shall be void.*

6. **TITLE "15" U.S.C. CHAPTER 41 SUBCHAPTER VI § 1693l – WAIVER OF RIGHTS**
*No writing or other agreement between a consumer and any other person may contain any provision which constitutes a waiver of any right conferred or cause of action created by this subchapter. Nothing in this section prohibits, however, any writing or other agreement which grants to a consumer a more extensive right or remedy or greater protection than contained in this subchapter or a waiver given in settlement of a dispute or action*

~ 6 ~

## VI. FACTS & INFORMATION

1.  The plaintiff, in good faith, applied for a job in sales to the defendant company, and was lead through a civil rights violating process of having to talk to the computer for a while, and then sit through a botted webinar with fake audience members, only to wind up on a Zoom with two people not showing their faces, two people that run the whole entire company, while one of them keeps asking me where I am from, and where I live, and what I do there.

2.  This general behavior is what you get with people. They are going to harass you into provocation so that they don't have to hire you. They want you inflamed and without calm, demure psychology so that they can allege that you were unprofessional and that's why you don't have a job and that's why you're looking, and that's why you're stuck in you're career the way that you are.

3.  I was stuck for five questions in the final interview with Michael and Kyle, who are defendants in this case, who own and manage the company. The company is new, created within a year, honestly within the last half of year with some sort of money from Iran and technology from The United Kingdom government.

4.  They cannot explain the technology of the solution. They cannot explain the science. They are not scientifically minded. The website doesn't have a address on it about the company and where it exists. I venture to think and guess that they looked me up in some background check service, or they have an in at one of the background check companies, and they can't find any information about me on the internet, on social media like LinkedIn and other websites and so Michael and Kyle think that I work for the FBI unless I can cough up some names of some companies for them to swindle and pester on LinkedIn.

5.  Kyle sounds like he's from Tennessee or Arkansas. I was not impressed. You insult me buddy because you run the company and you don't want to look face to face on camera, well I insult you here in front of the judge. The company has a training structure that is too evolved and too scientific for them to have created themselves.

6.  It doesn't add up. Similarly, I spoke to a couple of artificial intelligence companies, that need a sales person, and an IT services company that supposedly does artificial intelligence, and these people can't split hairs on semi-automation to automation, and I'm an expert in both areas, and so it's weird to have these people running companies, conducting interviews and in charge of things that kinda work, but the issue is, "they are

1   not professional and it doesn't add up".
2

3   7. This is terrorism in some way, like some other companies that I spoke to in the recent
4   weeks. They are using GCHQ and program SAP dollars to run and manage companies
5   that are ruining America while making fun of it. If your company is so legit and so
6   profitable and so successful, then why don't you have a business address that I can visit.
7

8   8. He thinks, that I can find him in Florida. They found one of my Orlando addresses. To
9   your attorney, I have filed cases in this court district before. One of the previous ones was
10   a filing against a rogue and evil FTC employee for lying to a judge in this court.
11

12   9. Michael and Kyle propositioned me with a scheme where basically, you don't get paid for
13   half of a year waiting for doctors to fill out their medicare forms, but that's normal and
14   you need to keep on selling.
15

16   10. Additionally, one of the major issues with this job is that, I was told by Kyle, while
17   Michael remained silent on the recorded Zoom, – *of which they always hold and host for*
18   *subpoena retrievable warrant ready copies of all recorded things on their platform, like*
19   *everyone else. When you activate the record feature, the cloud company, keeps and*
20   *retains a copy on their cloud platform servers,* – that I can make $80,000 a month selling
21   this product.
22

23   11. The problem is "to who". They keep saying the word "wound care" as if that's going to
24   fix the problem of finding and identifying a target market. They have a bad gimmick that
25   is insurance fraud and health care fraud. They are selling skin graft stuff, and no one
26   needs it that badly for you to be hiring people month to month in this country. They are
27   hiring month to month to ramp up and cover the market and basically, push you out of
28   your own territory because people are going to call around to every medical facility that
29   they think is viable.
30

31   12. They market this thing as wound care fix it agent, where old wounds that aren't healing
32   should take the graft. I am a medical expert. There are not sufficient wounds in the way of
33   burn victims and slow healers that warrant the application of a skin graft to generate and
34   stimulate stem cell issue success upon an immune receptive function for a human being.
35

36   13. There are not enough people who are stuck with some burn wound, large enough, or other
37   iota by quantity issues multiple enough, for someone to be hired to perform the act of
38   sales by this company, while not paying the person to perform the sale.
39

~ 8 ~

14. An additional issue with this company is the 1099 Independent Contract issue, where they believe that it is fair and honest employment to make you drive around in a car, and not get paid, stopping at every masseuse and chiropractor there is, and never contact a hospital – *because you don't know who to call there and their purchasing cycles are too slow where they are years behind on machine and technology purchases* – and he demanded and asked if I could go four to six months without money because that's how long you need before you see the first check from a doctor.

15. They, like other companies I am recently naming in federal lawsuits, hire in mass, and they don't pay you for anything, while crowding out the market that you work in by continually hiring, and never stop hiring. This is slavery, peonage, indentured servitude that is infuriating to think about and takes a while to explain.

16. The product is claimed to have a bunch of studies behind it and they claim to have a good supplier. The issue is that, which I brought up in the interview, is that doctors and physicians and these chiropractors, are going to have to be explained the value of this particular health fix, while completely knowing that they don't have any patients applicable for this type of remedy.

17. They pitch this to sales staff as if, there are looming and eternal, a whole bunch of people, who have burns and skin diseases and skin disorders which is the think that causes slow to no healing, that are waiting around for skin grafts. It is not true. It isn't true. It never will be true. I studied this issue briefly in the 1980's due to concerns from the 1970's and 1960's that we would have more fires and more car accidents in this country.

18. And personally, I looked into it for myself, because I am a bit of an action person. I always feared greatly and shakingly a fire, a car accident, where I'd be fucked up enough to never have a wound heal.

19. I explained that for rapport building and these two didn't seem to get it. I was told by Kyle, while Michael remained silent, that basically, any medical facility, to urgent care doctor place, basically performs twenty to forty procedures a week, or a month, that are ideal candidate swap things for this product.

20. I know it's not fucking true. I got an image in my mind, that he wants me to call the ghettos of Chicago and nowhere else, because there are dermatologists there, that need you to call them because they need this to heal the people of the ghetto.

21. I lived with ghetto family members for lots of my life. You don't have that many accidents in the ghetto that qualify for this type of procedure.

22. I tried to explain how a patient might come to know that they need a product or service like this and Michael and Kyle were nonresponsive on this issue. A person basically, if you are in a hospital or were in a hospital, has to have had something bad and fucked up happen, and then that thing is bothering them, for weeks and months, and while it's still fucked up, then you have to reach a doctor and then the doctor needs to be explained that this thing is going to be the solution.

23. Now, the doctor, isn't going to call the patient back into the office or back into the medical facility because doctors are going to see this as some sort of a thing that they missed. You see it as a miracle cure. The doctor sees it as a medical malpractice lawsuit. The doctor is going to see it as something that they should have known about and offered to this patient and other patients who don't know about it. So he's certainly not telling his doctor friends.

24. I was told, that doctors are slow to pay, and forgetful and you have to call a few times to get them to pay, but you can't harass them too much and so you can't expect them to pay at all if you call them too much. I am supposed to let them handle that.

25. What was really offensive, was a dismissal email that I was sent, where they roasted me, as being a retard and not professionally developed, because I don't have a circle or a network, to bring them into to jumpstart and kickstart my sales. That is what they and everyone else who needs a sales person is relying on.

26. I didn't get the job because I don't have instant people to call and sell this thing to. Now, how do you want to sell this product to medical facilities who don't think that they need it, and people who aren't fucked up with an old unhealed burn wound.

27. It is insurance fraud. It is health care fraud. He was trying to entice me with this $80,000 a month comment, because they know that I know how to talk to people. They use these artificial intelligence analysis services, and they do some sort of infrared brainwave scan, scanning your physiology with the camera on these oneway interviews, figuring out how you can reach professional audiences, and what psychological operation skills you have for pushing an issue forward.

28. He was mad at me, for not being more willing to pursue this role. I conveyed myself well. I wanted the job. But I didn't want to be poor for half a year, while they let the doctor pay

~ 10 ~

them, of which, they declared they don't let the product go to the doctor unless they get paid, but somehow there's some other bill, but they refer to this as the same bill, that doesn't get paid until the doctor allows you to get paid.

29. So, supposedly, they are shipping product all around the country, just waiting on a bunch of doctors to pay them back or fill out their medicare claim forms paperwork. It doesn't make sense. He's too damn excited about this as if this is an instant on, like people are just going to jump at this.

30. It doesn't work that way. He knows that it doesn't work that way. It's fraud. You are supposed to somehow, push this on a doctor or facility where they want more money and they are supposed to see the opportunity in a way that you didn't explain. They want good people to call and they want the doctor to see the fraud.

31. They want the facility to think about it and then put all of the pieces and steps together in their mind and they think that if they allow you (***they all think this***) to get paid, as a sales person, then this sizeable quantity of a bank draft coming into your account, is going to trigger some World Bank, IMF, IRS, GCHQ, FINRA, Federal Reserve, hidden bank cartel snitch detection scheme that got Anthony Weiner, and his PEP score screwed up over those hookers like Jeffery Epstein. They are not going to allow you, as sales, to get paid, because that last link transaction is too close to these other movements and affiliations.

32. No one is arresting doctors right now for all of their insurance fraud, with all of their double and triple billing, and no one is doing anything about the hidden money that's putting all of the people on the street in these expensive cars, where there are no jobs anywhere, for small cities and towns, where thousands of people are driving fancy automobiles everyday. It is not real.

33. So, there are employers that are performing schemes and scams, and people are supposed to report these things, and no one is reporting. Thus, the UK and GCHQ and the CIA are in on it together, where they are letting the country just do everything that they want.

34. Some people will get locked up after they are reported. This is going somewhere supposedly. They have too many incompetent intelligence level people running companies. They are leaking technology into companies where no one knows how to run it or operate it, and letting it be there without question.

35. They have some facilities performing these graft procedure claims, and the problem is that they aren't going to keep the doctors on forever. It doesn't make sense. You can't

~ 11 ~

1  create accidents and injuries that occur just frequently and repetitively so often. He's like
2  "oh well, these places you know do twenty to forty operations procedures a month or
3  sometimes week to week".
4

5  36. There is no way. If they are, then why do you need me to call around and do sales if you
6     are already so successful. It doesn't make sense. They need someone smart to talk to
7     doctors, because the only thing that they can do is get someone that sounds like a black
8     person, that sounds like a black girl asking them weird questions like "do you need more
9     medicare billables this month", "what's it like not having enough operations for your take
10    home pay". There's something going on like that.
11

12 37. They cannot explain the technology. The website doesn't have an address. There is no
13    phone number on the website. They might not really have any more employees. I can't
14    remember what they did to make me think that they had a bunch of employees. The
15    webinar is probably a fake video of a fake company. It can all be CG deep fake video.
16

17 38. If you watch a professional looking video, see a professional looking website, and then
18    talk to a person that runs the company and they can't explain a thing competently, and
19    then it asks you weird questions, violates the law, tries to lure you in with a bunch of
20    money, then this is something for the FBI to investigate.
21

22 39. The company doesn't have an address or a phone number on the website.

## VII.  CLAIMS

1. **TITLE "42" CIVIL RIGHTS ACT TITLE "42" U.S.C. CHAPTER 21 SUBCHAPTER I §§ 1981 - 1995**

   *(a)Statement of equal rights*
   *All persons within the jurisdiction of the United States shall have the same right in every State and Territory to* ***make and enforce contracts****, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.*
   *(b)"****Make and enforce contracts****" defined*
   *For purposes of this section, the term "****make and enforce contracts****" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.*
   *(c)****Protection against impairment****
   The* ***rights*** *protected by this section* ***are protected against*** *impairment by nongovernmental discrimination and impairment under* ***color of State law****.*

   Demanding to know my residence, demanding work without pay, withholding pay, and allowing the customer – while demanding that I agree to this condition – to not pay for some undetermined period of time of a while, while providing no intervention, and leaving their involvement as a "ask only when it exceeds four months and not two weeks" situation and affair, is a subversion of reasonable and timely consideration being provided for contracts. It is a subversion of rights.

   All employers know that getting a job is a duress condition, where they are free and clear to operate in bad faith, all day long, and no one can stop them. You are forced into employment due to survival. It is a duress condition. This is breach of many contracts. They force bad and horrible conditions because there is no enforcement of the law in this area from law enforcement, and there's not much that a lawyer will tell you because they don't understand the law and will simply tell you to find another job.

2. **THE FEDERAL TRADE COMMISSION ACT TITLE "15" U.S.C. § 45, – UNFAIR METHODS OF COMPETITION UNLAWFUL**

   *(a)Declaration of unlawfulness; power to prohibit unfair practices*
   *(1)Unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are hereby declared unlawful.*

   The customers of this company possibly are receiving a harmful item that requires immune suppressors to enact upon the body and nervous system to prevent rejection of the tissues, and allow safe integration of the biogenic material, due to the incipient nature of what the material is, being close to the life process. This product can have instant rejection and as long

~ 13 ~

as the defendant gets paid, they may never file an incident report with the CDC or the FDA or another government organization that tracks adverse side-effects to treatments and medications.

The company owners attempted to get me involved in some sort of health insurance fraud, medicare fraud ring of sorts where facilities that can perform procedures actually don't. You buy the product and fill out an insurance claim. I was told that I can make $80,000 a month and I specifically know that we don't have many places to call, and we do not have that many incident rates for the qualifying and required injury. This is a dishonest and unclear business practice and needs to be investigated by the FBI.

I was told that facilities are performing these graft procedures, from this defendant company at 20 to 40 a month. Who is getting this particularly and seriously injured this much in this country. Did they need your product before you sold it to them, or did they conveniently find way more need for the product after they bought it.

3. **TITLE "15" U.S.C. CHAPTER 47 – CONSUMER PRODUCT SAFETY §§ 2051 – 2090 TITLE "15" U.S.C. CHAPTER 47 - § 2051, – CONGRESSIONAL FINDINGS AND DECLARATION OF PURPOSE**
*(a)(1)an unacceptable number of consumer products which present unreasonable risks of injury are distributed in commerce;*
*(a)(2)complexities of consumer products and the diverse nature and abilities of consumers using them frequently result in an inability of users to anticipate risks and to safeguard themselves adequately; (a)(3)the public should be protected against unreasonable risks of injury associated with consumer products;*
*(a)(4)control by State and local governments of unreasonable risks of injury associated with consumer products is inadequate and may be burdensome to manufacturers;*

The company generates a very plausible image of legitimacy, but this intensely questionable sales practice makes me or anyone of a rational mind question the whole product. The owners cannot explain the product. It sounds like they got their hands on it somehow and they are just trying to make business occur to prevent themselves from losing out on an opportunity to make a lot of money. The product is potentially unsafe and needs to be investigated by the FDA.

4. **TITLE "29" U.S.C. CHAPTER 8 – FEDERAL FAIR LABOR STANDARDS ACT §§ 201 – 219 TITLE "29" U.S.C. CHAPTER 8 - § 206 – MINIMUM WAGE (a)Employees engaged in commerce [...]**
*Every employer shall pay to each of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, wages at the following rates:*

~ 14 ~

1    ***(1) except as otherwise provided in this section, not less than—***
2    **(C) $7.25 an hour [...]**
3
4    The company is performing some sort of country infiltration into the American markets as
5    best as they can based upon some insight. They seem to be focused on hiring only in certain
6    states according to job postings, but they could be hiring nationwide. Workers are screened
7    on the basis of being able to bring in customers that are existing business partners or existing
8    business referrals to them, and this is the value to the business. They want the sales staff, and
9    this is increasing evermore presently these days, to have existing viable and lucrative
10   relationships to monetize and bring into the business. There is no minimum wage.
11
12   Additionally, on top of a normal Independent Contractor 1099 agreement, the sales individual
13   is made to agree to acquiesce to doctors not paying them at all effectively, or not paying them
14   on time. The violation of a typical and normal agreement for an employee to earn a wage
15   while working is violation of this law.
16

5. <u>**TITLE "15" U.S.C. § 50, - OFFENSES AND PENALTIES**</u>

*Any person who shall neglect or refuse to attend and testify, or to answer any lawful inquiry or to produce any documentary evidence, if in his power to do so, in obedience to an order of a district court of the United States directing compliance with the subpoena or lawful requirement of the Commission, shall be guilty of an offense and upon conviction thereof by a court of competent jurisdiction shall be punished by a fine of not less than $1,000 nor more than $5,000, or by imprisonment for not more than one year, or by both such fine and imprisonment.*

*Any person who shall willfully make, or cause to be made, any false entry or statement of fact in any report required to be made under this subchapter, or who shall willfully make, or cause to be made, any false entry in any account, record, or memorandum kept by any person, partnership, or corporation subject to this subchapter, or who shall willfully neglect or fail to make, or to cause to be made, full, true, and correct entries in such accounts, records, or memoranda of all facts and transactions appertaining to the business of such person, partnership, or corporation, or who shall willfully remove out of the jurisdiction of the United States, or willfully mutilate, alter, or by any other means falsify any documentary evidence of such person, partnership, or corporation, or who shall willfully refuse to submit to the Commission or to any of its authorized agents, for the purpose of inspection and taking copies, any documentary evidence of such person, partnership, or corporation in his possession or within his control, shall be deemed guilty of an offense against the United States, and shall be subject, upon conviction in any court of the United States of competent jurisdiction, to a fine of not less than $1,000 nor more than $5,000, or to imprisonment for a term of not more than three years, or to both such fine and imprisonment.*

## VIII.  PARTIES

Terrance Turner is an affiliate of USSOCOM and The Federal Bureau of Investigations. Federal Bar Appointee, INTERPOL SEC 431170989. Terrance Turner is charged with filing lawsuits during the natural course of business and life restitution activities beyond personal whim, beyond personal will, is the subject of monitoring per CIA AND USSOCOM directive and military intelligence clearance clandestine programs.

12568973.1 39:47

10/6/25, 1:47 AM                                    Total Solution Biologics Careers and Employment | Indeed.com

| Snapshot | Why Join Us | Reviews | Salaries | 4 Jobs | Q&A | Interviews |

Total Solution Biologics Careers and Employment

## Jobs

Browse open jobs at Total Solution Biologics.

| Full-time, Part-time, Contract | Full-time, Part-time, Contract | Full-time, Part-time, Contract | Full-time, Part-time, Contract |
|---|---|---|---|
| **Medical Sales Representatives &** South Carolina | **Medical Sales Representatives &** Texas | **Medical Sales Representatives &** Virginia | **Medical Sales Representatives &** North Carolina |
| $74,307 - $421,399 a year | $74,307 - $421,399 a year | $74,307 - $421,399 a year | $74,307 - $421,399 a year |
| Easily apply | Easily apply | Easily apply | Easily apply |
| 30+ days ago | 30+ days ago | 30+ days ago | 30+ days ago |
| View job | View job | View job | View job |

### Browse jobs by location

**North Carolina**
1 job                                                                                                    >

**South Carolina**
1 job                                                                                                    >

**Texas**
1 job                                                                                                    >

**Virginia**
1 job                                                                                                    >

See all available jobs  >

Companies  >  Total Solution Biologics

**More companies you might be interested in**

🔍 Find another company

Hiring Lab

Career advice

Browse jobs

Browse companies

Salaries

Indeed Events

Work at Indeed

Countries

About

Help

ESG at Indeed

© 2025 Indeed

Your Privacy Choices ☑

Accessibility at Indeed

Privacy Center and Ad Choices

Terms

Want to work here?    View jobs

12588973.1.40-47

10/6/25, 1:44 AM                    Medical Sales Representatives & State Executives - North Carolina - Indeed.com



<table>
<tr><td>**What** Job title, keywords, or com</td><td>**Where** Remote</td><td>Find Jobs</td></tr>
</table>

# Medical Sales Representatives & State Executives

[Total Solution Biologics](#) ↗

North Carolina

$74,307 - $421,399 a year  - Part-time, Full-time, Contract

 Applied        Applied        🔗

## Profile insights

Here's how the job qualifications align with your profile ↗.

💡 **Skills**



✔ **Technical sales** *(Required)* ∨    ✔ **Microsoft Office** *(Required)* ∨

## Job details

Here's how the job details align with your profile ↗.

💵 **Pay**

✔ **$74,307 - $421,399 a year** ∨

💼 **Job type**



✔ **Part-time** ∨    ✔ **Contract** ∨    ✔ **Full-time** ∨

## Benefits

Pulled from the full job description

- Health insurance

## Full job description

https://www.indeed.com/job/medical-sales-representatives-state-executives-016e04046bd93302?from=msg&vjs=3                1/3

Medical Sales Representatives & State Executives - North Carolina - Indeed.com

**Total Solution Biologics (TSB)** is one of the fastest growing distributors of **human derived skin grafts** reimbursed under **Medicare Part B and Medicare Part C**. As we expand across the country, we're hiring **Medical Sales Reps** and **State Executives** with the potential to become **MAC Presidents,** leaders who oversee entire Medicare territories.

If you're hungry to win, serious about sales, and ready to grow into a leadership role with national support, this is your lane.

### Why TSB?

- **Top Tier Product Line** – 100 percent human derived grafts, no porcine or ECM
- **Real Revenue Opportunity** – Weekly commission payouts tied to verified cm² utilization
- **Built In Infrastructure** – Streamlined digital onboarding, compliance, and billing support
- **Career Track** – Clear path from Sales Rep to State Executive to MAC President
- **Massive Market Demand** – Serving wound care, podiatry, dermatology, plastics, and surgical specialties

### Duties and Responsibilities

- Follow and execute TSB's **proprietary sales strategy** to meet performance goals
- Build and maintain relationships with physicians, surgeons, podiatrists, and healthcare decision makers
- Conduct clinical product presentations and **educational demos**
- Manage and grow a book of business through **new provider development** and account support
- Coordinate with marketing to align promotions with field activity
- Track all activity using TSB's **custom built CRM and reporting platform**
- Deliver post sale training and ongoing provider support
- Stay ahead of industry trends, reimbursement updates, and competitor activity

### Ideal Candidate

- Background in medical sales, biologics, wound care, or healthcare services preferred
- Entrepreneurial mindset with leadership ambition
- Strong communication, follow up, and relationship building skills
- Excels in a performance based, commission first model
- Ready to grow with a company that rewards hustle and integrity

### Career Advancement

- Medical Sales Representative
- State Executive
- Regional Director
- **MAC President** (Multi State Leadership Role)

### Apply Today

Interviews are held weekly. Let's talk and see if you're the right fit for the future of biologic sales.

Job Types: Full-time, Part-time, Contract

Pay: $74,307.00 - $421,399.00 per year

Benefits:

- Health insurance

Work Location: On the road

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

Medical Sales Executive jobs in North Carolina

Jobs at Total Solution Biologics in North Carolina

Medical Sales Executive salaries in North Carolina

Hiring Lab

Career advice

Browse jobs

Browse companies

Salaries

Indeed Events

Work at Indeed

Countries

About

Help

ESG at Indeed

© 2025 Indeed

Your Privacy Choices

Accessibility at Indeed

Privacy Center and Ad Choices

Terms



10/6/25, 1:48 AM                                                              Indeed Messages

**indeed**                                                                    🔖  💬  🔔  ☰

### Messages                                    Online

Inbox ▼

Custom Accounting CPA
Thank you for taking the time to r...

Payitiv Merchant Servi...    Sep 16
Info was sent to: MarketConsulta...

SWIPEBY                      Sep 16
Hi Terrance, Great to see your ap...

Total Solution Biologics     Sep 16
Dear Terrance, Congratulations, ...

Go Nexus LLC                 Sep 16
Hi Terrance, thanks for applying t...

Intelligence Consultin...    Sep 15
It cleared experience and unclassi...

Fast Wholesale Signs         Sep 15
Hi Terrance, thanks for applying t...

BiViSee                      Sep 15
Hi Terrance! Thank you for your i...

Transparent Anesthes...      Sep 15
Hi Terrance, thanks for applying f...

FM Pay                       Sep 15
Terrance, Thank you for your inte...

kathy ireland® Laundry       Sep 15
Hi Terrance, thanks for applying t...

HVAC Technologies Inc.       Sep 15
Hi Terrance, thanks for applying t...

Hightech Payments            Sep 14
My phone number and email add...

Mak Global Corporation       Sep 14
Hi Terrance, thank you for applyi...

SCC                          Sep 14
Hello Terrance, Thanks for your i...

Estmere Accounting           Sep 14
Hi Terrance, thanks for applying t...

Tracker Portfolio Acco...     Sep 14
Hi Terrance, thank you for applyi...

SBGA                         Sep 12
Hi Terrance, thank you for applyi...

Jones Finance                Sep 12
Great! Here's the link for you. If yo...

Alpha Turf NW LLC            Sep 12
Dear Terrance, Thank you for app...

---

### Medical Sales Executive            👥 2 people    •••
Total Solution Biologics

**September 11**

Terrance,

Thank you for applying to Total Solution Biologics (TSB). We've reviewed your resume and would like to invite you to take the next step in the process.

Please complete a brief one-way video interview here: https://candidate.totalsolutionbiologics.com (depending on browser and email you may need to copy and paste link)

This is your chance to introduce yourself, share your background, and show us what makes you a strong fit for the opportunity. To sum it up, this helps us get to know you a bit better and gives you a chance to stand out.

To learn more about TSB and what we do, visit:
https://www.TotalSolutionBiologics.com

We look forward to hearing from you soon.

Alexis Northland
TSB Hiring Team

Job Title Applied for: Medical Sales Representatives & State Executives

Hiring Manager  7:09 PM

**September 16**

Dear Terrance,

Congratulations. Based on your background and video interview review, you've advanced to the next step in the selection process for a Medical Sales Representative role with Total Solution Biologics (TSB).

This is a competitive process, and not all candidates will move forward. The reason is simple; the income potential in this role is significant, and we're seeking individuals who are aligned with our expectations and ready to succeed in a high-performance environment.

The next step is a small group orientation session. In this session, you'll get a clear overview of:

Write your message                                    ⤢

📎                                                   Send

---

### Medical Sales Representatives & State Executives
Total Solution Biologics 0⭐
North Carolina

**Job type**
- Part-time
- Full-time
- Contract

**Salary**
- $74,307 - $421,399 a year

View full job description

Joinnow.Live TSB Webinars

Total Solution Biologics Presents

# The Medical Account Representative Position

**REGISTER NOW**

### Monday: October 6
7:00 AM Eastern Daylight Time

### Monday: October 6
10:00 AM Eastern Daylight Time

### Monday: October 6
2:00 PM Eastern Daylight Time

### Monday: October 6
7:00 PM Eastern Daylight Time

### Tuesday: October 7
9:00 AM Eastern Daylight Time

### Wednesday: October 8
4:00 PM Eastern Daylight Time

### Total Solution Biologics

You have made it to the next round. We are hosting small group orientation sessions to walk through the details of each role, including income potential, expectations, and next steps. This is a competitive process and not everyone is moving forward. At the end of the orientation, you'll be invited to schedule a final live video interview with the leadership team at Total Solution Biologics. This is a real-time, face-to-face video call where you'll meet the team, discuss your goals, and ask any final questions. After this call, we meet as a leadership group to make final decisions and we'll extend offers shortly afterward to the candidates we're excited to bring on board. This is your opportunity to make a lasting impression and see firsthand the energy and vision behind TSB.

10/6/25, 1:54 AM                                     Joinnow.Live TSB Webinars

# You're Going To Learn about...



### What we do
We connect healthcare providers with advanced biologic skin grafts that are reimbursed under Medicare Part B, helping patients heal from chronic wounds, post surgical defects, and other complex conditions.



### Why we do it
Millions of patients suffer unnecessarily from non healing wounds due to limited access, awareness, or resources. We believe the right products, placed in the right hands, can dramatically improve outcomes and quality of life and we're building a team that makes that happen.



### How we do it
We train and empower a national network of medical sales professionals who partner with qualified providers, navigate compliance, and support appropriate use of high value regenerative technologies. Our model is performance based, supported by strong clinical infrastructure, and focused on real healing results.



### How to earn income
ncome is earned by supporting the use of TSB's advanced skin grafts in qualified Medicare Part B cases. Reps are compensated based on verified graft usage and successful healing programs initiated through the providers they support. The more providers you onboard and the more appropriate cases they treat, the more you earn with no cap.

## Webinar starts in... 

October

**Monday: October 6**
7:00 AM Eastern Daylight Time


# 6



| 0 | 5 | 5 | 11 |
|---|---|---|---|
| Days | Hours | Minutes | Seconds |

## WARNING:
## Space is limited.

**Important:** Spots for each session are limited and are filling quickly. To secure your place, please register as soon as possible. If your preferred time fills up before we receive your response, you may be asked to wait for next week's availability.

### REGISTER NOW

TOTAL SOLUTION BIOLOGICS

Privacy Policy | Terms of Service | Copyright 2025 JoinNow.Live all rights reserved.

10/6/25, 2:06 AM  Wayback Machine - Calendar of totalsolutionbiologics.com



**Note**

This calendar view maps the number of times **totalsolutionbiologics.com** was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

FAQ | Contact Us | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

Home > Whois Lookup > Totalsolutionbiologics.com

| Notice: Possible deprecation of Whois services after January 28, 2025. | More Info |

## Whois Record for Totalsoluti...ologics.com

How does this work?

**— Domain Profile**

| | |
|---|---|
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: https://www.godaddy.com,http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) +1.4806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 165 days old<br>Created on 2025-04-23<br>Expires on 2026-04-23<br>Updated on 2025-04-23 |
| **Name Servers** | NS57.DOMAINCONTROL.COM (has 58,371,336 domains)<br>NS58.DOMAINCONTROL.COM (has 58,371,336 domains) |
| **IP Address** | 104.18.38.43 - 7,685 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Virginia - Ashburn - Cloudflare Inc. |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And No Website |
| **IP History** | 2 changes on 2 unique IP addresses over 0 years |
| **Hosting History** | 1 change on 2 unique name servers over 0 year |



DomainTools Iris
The gold-standard internet intelligence platform

Learn More

⚑ Preview the Full Domain Report

**Tools**

| Hosting History |
| --- |
| Monitor Domain Properties ▾ |
| Reverse IP Address Lookup ▾ |
| Network Tools ▾ |
| Visit Website |

View Screenshot History

**Whois Record** ( last updated on 2025-10-06 )

```
Domain Name: totalsolutionbiologics.com
Registry Domain ID: 2977676663_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2025-04-23T17:40:52Z
Creation Date: 2025-04-23T17:40:52Z
Registrar Registration Expiration Date: 2026-04-23T17:40:52Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 100 S. Mill Ave, Suite 1600
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85281
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
https://www.godaddy.com/whois/results.aspx?
domain=totalsolutionbiologics.com&action=contactDomainOwner
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 100 S. Mill Ave, Suite 1600
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85281
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:
https://www.godaddy.com/whois/results.aspx?
domain=totalsolutionbiologics.com&action=contactDomainOwner
Name Server: NS57.DOMAINCONTROL.COM
Name Server: NS58.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| TotalSoluti...ologics.c... | View Whois |
| TotalSoluti...ologics.... | Buy Domain |
| TotalSoluti...ologics.... | Buy Domain |
| TotalSoluti...logics.in... | Buy Domain |
| TotalSoluti...ologics.... | Buy Domain |
| TotalSolutionBiologi... | Buy Domain |